IN THE UNITED STATES DISTRICT COURT
FOR THE _Middle_ DISTRICT OF TENNESSEE
_Civil Rights_ DIVISION

_Joshua Lee Carroll_ Name
Prison Id. No. _00430697_

_William Carter King_ Name
Prison Id. No. _00258469_

Plaintiff(s)

v.

_Fentress Co Sherif Depart_ Name
_Laurel Wasik / Faye Smith_ Name

Defendant(s)

(List the names of all the plaintiffs filing this lawsuit. Do not use "et al." Attach additional sheets if necessary.

Civil Action No. _____
(To be assigned by the Clerk's office. Do not write in this space.)

Jury Trial  ☑ Yes   ☐ No

(List the names of all defendants against whom you are filing this lawsuit. Do not use "et al." Attach additional sheets if necessary.

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
FILED PURSUANT TO 42 U.S.C. § 1983

I.  PREVIOUS LAWSUITS (The following information must be provided by each plaintiff.)

  A.  Have you or any of the other plaintiffs in this lawsuit filed any other lawsuits in the United States District Court for the Middle District of Tennessee, or in any other federal or state court?

   ☒ Yes    ☑ No    NO

  B.  If you checked the box marked "Yes" above, provide the following information:

   1.  Parties to the previous lawsuit:

    Plaintiffs _____N A_____

    Defendants _____

2. In what court did you file the previous lawsuit? _N/A_

   (If you filed the lawsuit in federal court, provide the name of the District. If you filed the lawsuit in state court, provide the name of the state and the county.

3. What was the case number of the previous lawsuit? _N/A_

4. What was the Judge's name to whom the case was assigned? _N/A_

5. When did you file the previous lawsuit? _N/A_ (Provide the year, if you do not know the exact date.)

6. What was the result of the previous lawsuit? For example, was the case dismissed, appealed, or still pending? _N/A_

7. When was the previous lawsuit decided by the court? _N/A_ (Provide the year, if you do not know the exact date.)

8. Did the circumstances of the prior lawsuit involve the same facts or circumstances that you are alleging in this lawsuit.

   ☐ Yes   ☐ No   _N/A_

   (If you have filed more than one prior lawsuit, list the additional lawsuit(s) on a separate sheet of paper, and provide the same information for the additional lawsuit(s).)

II. THE PLAINTIFF'S CURRENT PLACE OF CONFINEMENT (The following information must be provided by each plaintiff.)

   A. What is the name and address of the prison or jail in which you are currently incarcerated? _Fentress Co Sheriff Department P.O. Box 730 Jamestown Tennessee 38556_

   B. Are the facts of your lawsuit related to your present confinement?

      ☒ Yes   ☐ No

   C. If you checked the box marked "No" in question II.B above, provide the name and address of the prison or jail to which the facts of this lawsuit pertain.

      _N/A_

   D. Do the facts of your lawsuit relate to your confinement in a Tennessee State Prison?

      ☐ Yes   ☒ No

      If you checked the box marked "No," proceed to question II.H.

E. If you checked the box marked "Yes" in question II.D above, have you presented these facts to the prison authorities through the state grievance procedure?

☐ Yes ☐ No N A

F. If you checked the box marked "Yes" in question II.E above:

1. What steps did you take? __N A__

2. What was the response of prison authorities? __N A__

G. If you checked the box marked "No" in question II.E above, explain why not. __N A__

H. Do the facts of your lawsuit pertain to your confinement in a detention facility operated by city or county law enforcement agencies (for example, city or county jail, workhouse, etc.)?

☑ Yes ☐ No

I. If you checked the box marked "Yes" in question II.H above, have you presented these facts to the authorities who operate the detention facility?

☑ Yes ☐ No

J. If you checked the box marked "Yes" in question II.I above:

1. What steps did you take? __Sent out medical request Sent out grievance forms__

2. What was the response of the authorities who run the detention facility? __They would not answer any of them__

L. If you checked the box marked "No" in question II.I above, explain why not. _____

Attach copies of all grievance related materials including, at a minimum, a copy of the grievance you filed on each issue raised in this complaint, the prison's or jail's response to that grievance, and the result of any appeal you took from an initial denial of your grievance.

III. PARTIES TO THIS LAWSUIT

A. Plaintiff(s) bringing this lawsuit:

1. Name of the first plaintiff: __Joshua Lee Carroll__

Prison Id. No. of the first plaintiff: __# 00430697__

Address of the first plaintiff: Joshua Lee Carroll
P.O. Box 730 Jamestown TN 38556
(Include the name of the institution and mailing address, including zip code. If you change your address you must notify the Court immediately.)

2. Name of second the plaintiff: William Carter King

   Prison Id. No. of the second plaintiff: #00258469

   Address of the second plaintiff: P.O Box 730 Jamestown TN 38556
   (Include the name of the institution and mailing address, including zip code. If you change your address you must notify the Court immediately.)

   If there are more than two plaintiffs, list their names, prison identification numbers, and addresses on a separate sheet of paper.

B. Defendant(s) against whom this lawsuit is being brought:

   1. Name of the first defendant: Laurel Wasik J/A

      Place of employment of the first defendant: Fentress Co Sheriff Dept Jail Aministor

      The first defendant's address: Laurel Wasik P.O Box 730 Jamestown TN 38556

      Named in official capacity?   ☑ Yes   ☐ No
      Named in individual capacity" ☑ Yes   ☐ No

2. Name of the second defendant: Faye Smith / Jail Nurse

   Place of employment of the second defendant: Fentress Co Sheriff Dept

   The second defendant's address: Faye Smith PO Box 730 Jamestown TN 38556

   Named in official capacity?   ☑ Yes   ☐ No
   Named in individual capacity" ☑ Yes   ☐ No

   If there are more than two defendants against whom you are bringing this lawsuit, you must list on a separate sheet of paper the name of each additional defendant, their place of employment, their address, and the capacity in which you are suing them. If you do not provide the names of such additional defendants, they will not be included in your lawsuit. If you do not provide their proper name, place of employment, and address, the Clerk will be unable to serve them should process issue.

IV. STATEMENT OF FACTS

State the relevant facts of your case as briefly as possible. Include the dates when the incidents or events occurred, where there they occurred, and how each defendant was involved. Be sure to include the names of other persons involved and the dates and places of their involvement.

If you set forth more than one claim, number each claim separately and set forth each claim in a separate paragraph. Attach additional sheets, if necessary. Use 8 ½ in. x 11 in. paper. Write on one side only, and leave a 1 in. margin on all four 4 sides.

1.) On 12-22-10 Inmates Joshua Lee Carroll and William Carter King filed a Grievance forms of conditions of the jail under T.C.A Code 41-4-111 we did not recive a responce. Black mold is @ every were. The tolits are leaking all over the floor. No proper ventaltion.

2.) Inmates Joshua lee Carrol and william Carter King filled out medical Request on 12-22-10 stating that we was very sick and would like to be tested for Black mold there still has been no responce and we are very sick. Another medical Request was filled out on 1-8-11 by William Carter King stating he's face was broke out knots all under his skin needed another medical opion. Faye Smith which is the Jail nurse is also frank Smith wife he is the County Mayor

V. RELIEF REQUESTED: Specify what relief you are requesting against each defendant.

A. Medical Att. provided
B. Jail Conditions fixed
C. Mold removed By professionals
D. The JA Laurel Wasik to resign her job
E. Compensation for pain and suffering set by jury
F. I request a jury trial.   ☑ Yes    ☐ No

## VI. CERTIFICATION

I (we) certify under the penalty of perjury that the foregoing complaint is true to the best of my (our) information, knowledge and belief.

Signature: *Josh Carroll*     Date: 1-23-11

Prison Id. No. #00430697

Address: Josh Carroll P.O Box 730 Jamestown TN 38556

(Include the city, state and zip code.)

Signature: *William C King*     Date: 1-23-11

Prison Id. No. 00258469

Address: Po Box 730 Jamestown TN 38556

(Include the city, state and zip code.)

**ALL PLAINTIFFS MUST SIGN AND DATE THE COMPLAINT**, and provide the information listed above. If there are more than two plaintiffs, attach a separate sheet of paper with their signatures, dates, prison identification numbers, and addresses.

**ALL PLAINTIFFS MUST COMPLETE, SIGN, AND DATE SEPARATE APPLICATIONS TO PROCEED *IN FORMA PAUPERIS***, if not paying the civil filing fee.

**SUBMIT THE COMPLAINT, THE REQUIRED FILING FEE, OR APPLICATION TO PROCEED *IN FORMA PAUPERIS*, TOGETHER**. Complaints received without the required filing fee or application to proceed *in forma pauperis* will be returned. Filing fees, or applications to proceed *in forma pauperis*, received without a complaint will be returned.