IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| JOSHUA LEE CARROLL, et al., | ) |
| | ) |
| | ) Case No. 2:11-0019 |
| v. | ) JUDGE SHARP |
| | ) |
| FENTRESS COUNTY SHERIFF | ) |
| DEPARTMENT, et al., | ) |

**O R D E R**

The trial in this matter scheduled for May 21, 2013 in Cookeville, Tennessee is hereby RESCHEDULED for the same date but to be held at the U.S. Courthouse in Nashville. The final pretrial conference set for May 6, 2013 is hereby CONTINUED to be reset by the Magistrate Judge.

It is ORDERED that the Magistrate Judge shall conduct the pretrial conference and enter a pretrial order. He shall assist the plaintiffs with the preparation of subpoenas, discuss exhibits, instructions and all other matters necessary for having the case prepared to be tried on the date set.

The Magistrate Judge has been managing this case. If he considers it appropriate to appoint counsel to represent the plaintiffs at trial, he should do so.

It is so **ORDERED**.

_____
KEVIN H. SHARP
U.S. District Judge