ORDER:
Motion granted.

*s/ John S. Bryant*
U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | |
|---|---|
| JOSHUA LEE CARROLL and WILLIAM CARTER KING, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>LAUREL WASIK, in her official and individual capacity; FAYE SMITH, in her official and individual capacity )<br>)<br>Defendants. ) | Case No. 2:11-cv-0019<br><br>Judge Sharp/<br>Magistrate Judge Bryant |

## DEFENDANT LAUREL WASIK'S
## MOTION TO AMEND SCHEDULING ORDER

Defendant Laurel Wasik hereby files this Motion to Amend the Scheduling Order in this matter. Defendant Wasik has simultaneously files a motion to depose the inmate on October 4, 2012, a date that was coordinated with prison officials as well as counsel for Faye Smith. However, counsel has been unable to coordinate this date with Plaintiff Carroll. As stated in Defendant Wasik's Motion to Dismiss Joshua Lee Carroll and Memorandum in Support, Mr. Carroll has been absent from the prosecution of this case since April of 2011 and this defendant is not aware of his current location.

Additionally, Defendants have been attempting to locate medical records in counties in Florida, as disclosed by the plaintiff. However, parties are still in the process of trying to obtain those records. For these reasons, Defendant Wasik believes that a 30-day extension, to October 26, 2012 would benefit all parties and allow final discovery to take place. The trial of this matter is not scheduled until May 2013. Therefore, a small

extension of this nature will not prejudice any party. However, it would require that the dispositive motion deadline be moved slightly. As such, this defendant requests that the dispositive motion deadline be moved to November 16, 2012. Any responses should be made by December 17, 2012; and any reply filed by December 31, 2012.

        Respectfully submitted,

        /s/ *Robyn Beale Williams*
        Robyn Beale Williams (BPR #19736)
        **FARRAR & BATES, LLP**
        211 Seventh Avenue North, Suite 500
        Nashville, TN 37219
        (615) 254-3060
        (615) 254-9835 Fax
        robyn.williams@farrar-bates.com
        *Counsel for Laurel Wasik*