ORDER:
motion granted.
Deadlines for filing
a response and reply
shall also be extended
by 14 days.
John Bryant,
US MJ

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | |
|---|---|
| JOSHUA LEE CARROLL and WILLIAM CARTER KING, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) Case No. 2:11-cv-0019<br>)<br>) |
| LAUREL WASIK, in her official and individual capacity; FAYE SMITH, in her official and individual capacity, | ) Judge Sharp/<br>) Magistrate Judge Bryant<br>)<br>)<br>) |
| Defendants. | )<br>) |

## JOINT MOTION
## FOR A BRIEF EXTENSION OF TIME

Defendants move the Court for a brief extension of time to file dispositive motions in this action. As grounds for this motion, the defendants would show the Court that, the plaintiff has two cases pending involving many of the same issues, and at least one of the same defendants. His deposition in the other action just was taken on Thursday, October 18, 2012. The defendants anticipate utilizing portions of that deposition transcript in support of their Motion for Summary Judgment, and parties still are exchanging written discovery responses. Defendants herein request a brief extension until November 30, 2012 to submit their dispositive motions.