IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

JOSHUA LEE CARROLL and WILLIAM )
CARTER KING, )
)
    Plaintiffs, )
) No: 2:11-0019
    v. ) Judge Sharp/Bryant
) **Jury Demand**
FENTRESS COUNTY SHERIFF'S )
DEPARTMENT, et al., )
)
    Defendants. )

## O R D E R

The Warden or the Jailor of the Jamestown facility, P.O. Box 730, Jamestown, TN 38577, where plaintiff Carroll is incarcerated, is hereby **ORDERED** to produce Joshua Lee Carroll, #00430697, on **May 6, 2013, on or before 1:00 p.m.,** for a pretrial hearing in Courtroom 776, U.S. Courthouse, 801 Broadway, Nashville, Tennessee. At the conclusion of the hearing, the plaintiff shall be returned to said institution. If the plaintiff is no longer in custody, plaintiff is advised that failure to appear for this hearing may lead to a recommendation to the District Judge that this action be dismissed for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure and <u>Tingler v. Marshall</u>, 716 F.2d 1109, 1112 (6th Cir. 1983), that allows a District Court to dismiss an action upon its own motion.

    It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge