IN THE UNITED STATES DISTRICT COURT
AT Nashville TN

Joshua Lee Carroll et al
(Plaintiff);

vs.

Fentress County
Sheriffs Dept
et al
(Defendants).

Case No.: 2:11-0019

**Cont.**

**ORDER:** The undersigned magistrate judge has recommended the dismissal of plaintiff Carroll's complaint; otherwise, plaintiff King's motion for appointment of counsel and and expert witness is denied.

John Bryant, USMJ

RECEIVED
IN CLERK'S OFFICE
SEP 6 2012
U.S. DISTRICT COURT
MID. DIST. TENN.

**MOTION/PETITION TO/FOR**

Severance / Consolidate
appoint of Counsel
Expert Wittness

Comes now the Plaintiff/Petitioner, William King, pro se and indigent in this matter, and would respectfully petition this Honorable Court for/to: Seperate William King's Complaint from Joshua Lee Carroll and Consider adding Complaint to other Case in the same Court. And would also ask for an expert wittness to be appointed for this Case. And appoint Counsel.