IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

```
JOSHUA LEE CARROLL, et al.,    )
                               )
     Plaintiffs,               )
                               )   No: 2:11-0019
          v.                   )   Judge Sharp/Bryant
                               )
FENTRESS COUNTY SHERIFF        )
DEPARTMENT, et all,            )
                               )
     Defendants.               )
```

**O R D E R**

Plaintiff King has filed his motion to strike his deposition taken on October 18, 2012, by counsel for defendants (Docket Entry No. 136).

A motion to strike is limited by Rule 12(f) of the Federal Rules of Civil Procedure to pleadings or portions of pleadings, and does not apply to depositions. Moreover, after considering the grounds asserted in plaintiff King's motion, the undersigned Magistrate Judge finds that plaintiff's motion otherwise lacks merits and should be DENIED. This ruling is without prejudice to plaintiff's right to object to the admission into evidence at trial specific testimony from this deposition, in accordance with the provisions of the Federal Rules of Civil Procedure.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge