IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| JOSHUA LEE CARROLL, et al., | ) |
| | ) |
| | ) Case No. 2:11-0019 |
| v. | ) JUDGE SHARP |
| | ) |
| FENTRESS COUNTY SHERIFF | ) |
| DEPARTMENT, et al., | ) |

**O R D E R**

Pending before the Court is Defendant Wasik's Motion for Continuance of the Pretrial Conference and the Trial of this Matter (Docket 216).

The motion is GRANTED and the trial set for May 6, 2013, is hereby reset for Tuesday, August 27, 2013, at 9:00 a.m.

It is so ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE