UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| JOSHUA LEE CARROLL, et al., | ) |
| Plaintiffs, | ) |
| v. | ) NO. 2:11-0019 |
| | ) Judge Sharp/Bryant |
| FENTRESS COUNTY SHERIFF'S DEPARTMENT, et al., | ) |
| Defendants. | ) |

**O R D E R**

The District Judge has reset the trial of this case to August 27, 2013 (Docket Entry No. 229). The pretrial conference is RESET from May 6, 2013, to **August 12, 2013, at 1:00 p.m., in** 776 U.S. Courthouse, 801 Broadway, Nashville, TN. Orders to produce the plaintiffs will be entered at a later date.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge