DEFENDANT'S EXHIBIT B
DECLARATION OF LAUREL WASIK

**INVOICE** — Donnie Blaylock

DATE: 10-2-21  NO. 1652112

SOLD TO: Fentress County Jail
CITY, STATE, ZIP: Jamestown, TENN

| Quantity | Description | Price | Unit | Amount |
|---|---|---|---|---|
| 2 | ZURN Valves | 104 x 2 = | | 208.00 |
| 2 | Rebuild Kits | 36 x 2 = | | 72.00 |
| 2 | 1/2 Shut off Valves | 12 x 2 = | | 24.00 |
| | Repaired Ur(n)(ion) - Welded | 88 = | | 88.00 |
| | male adapters and couplings | 22.00 = | | 22.00 |
| | (Total Parts) → | | | 414 |
| | Labor | 15 x 70 = | | 1050 |

54210-707

PAID OCT 22 2010

TOTAL: $1464.00

Received by: [signature]