101·11976   475754

NAME: Fentress County Jail
AD: Jamestown TN
SHIP: Donny Blaylock — 644-7456

| ORDER NO. | TERMS | | DATE | |
|---|---|---|---|---|
| WHEN SHIP | SALESMAN | BUYER | HOW SHIP | |
| | 2 | Hot + cold Air Control Valve bodys  2 X 419 | | 838 00 |
| | | Shipping Chg | | 100 00 |
| | 2 | Air Control Vacuum Seats  2 X 134 | | 268 00 |
| | | Shutoff for Comode Valve | | 67 00 |
| | | Rebuild Valve rods + seats | | 76 00 |
| | | Rebuild Springs + seats 2 x 49 | | 98 00 |
| | | Rebuild Rod + Flange nuts + clips | | 79 00 |
| | | total parts | | 1526 00 |
| | | total hrs 32 x 70°° | | 2240 00 |
| | | PAID | | 3,766 00 |

Thank you

Laurel Wasik JR

TOPS FORM 46500