**DEFENDANT'S EXHIBIT H**
**DECLARATION OF LAUREL WASIK**

**INVOICE** — Donny Blaylock / All American Plumbing
644-7456

NO. 1652121

DATE: Jan 20th 2011
SOLD TO: Fentress Co. Jail
ADDRESS:
CITY, STATE, ZIP: Jonesboro
SHIPPED TO: Same

SOLD BY: Danny

| Quantity | Description | Price | Unit | Amount |
|---|---|---|---|---|
| | As Per P.O. # 12385 | | | |
| | Total For complete Job | | | 9800 — |
| | 30% draw | | | 2940 — |
| | Amount left on Completion → | | | 6860 — |
| | Tony Choate/ko 101-12385 54210-335 | | | |
| | Thank You | | | |
| | Danny Blaylock | | | |
| | Total draw on 1-20-11 → | | | 2940 — |