**DEFENDANT'S EXHIBIT I**
**DECLARATION OF LAUREL WASIK**

**INVOICE** — All American Plumbing
NO. 1652133

SOLD TO: Fentress Cocktail
ADDRESS: 100 S. Smith St
CITY, STATE, ZIP: Jamestown TN

SHIP TO: Denny Blaylock
ADDRESS: 931-644-7456

| QUANTITY | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|
| | Open main Sewer With Sewer Machine | | | 345.00 |

Thank You

Laurel Wasik

5-42-10-335
P.O.# 101-12396
Tony Choate 1-24-11

TOTAL: 345.00