# INVOICE  NO. 1652136

**SOLD TO:** Fortress Cox Jail
**SHIPPED TO:** Danny Blaylock
**ADDRESS:** 441-7456
**CITY, STATE, ZIP:** Carnes Town TN

| # | DESCRIPTION | AMOUNT |
|---|---|---|
| 1 | Labor + parts Brown on HVAC Recovery | |
| 2 | | |
| 3 | | |
| 4 | Total Left | 6900.00 |
| 5 | Draw | 1800.00 |
| 6 | | |
| 7 | Total Left → | 5100.00 |
| 8 | | |
| 9 | Thank You | |
| 10 | Danny | |
| 11 | August 18'10 | |
| 12 | Danny 2/4/11 | |

EXHIBIT J