**DEFENDANT'S EXHIBIT K**
**DECLARATION OF LAUREL WASIK**

**INVOICE**

DATE: 2-10-11
NO. 1652148

SOLD TO: Fentress Co Jail
ADDRESS:
CITY, STATE, ZIP: Jamestown TN

SHIPPED TO: Donny Blaylock
ADDRESS: 614-7456

| QUANTITY | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|
| | ⓘ Weekly draw on money left on HVAC revamp | | | |
| | Total Left | | | 5100.00 |
| | 2/10/11 draw amount | | | 2000.00 |
| | Final total | | | 3100.00 |
| | Thank You | | | |
| | Danny Blaylock | | | |

Laurel S Wasik
Tony Christoph 2/10/11

Total Left    TAX 3100.00
TOTAL