# INVOICE

PO. 01-12717  54210-335

DATE: 3-9-11

SOLD TO: Fentress Co. Jail
ADDRESS: 100 Smith St
CITY, STATE, ZIP: Jamestown W

SHIPPED TO: Tony Baylok
ADDRESS: 694-7456
DATE SHIPPED: Jan 9/20/11
SHIPPED VIA: AD

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Open & Jack hammer Washer | | 750 00 |
| 2 | chain | | |
| 3 | | 10 x 75 | 110 00 |
| 4 | hammer & parts | | 860 00 |
| 5 | | | |
| 6 | Thank you | | |
| 7 | Tony Chen | | |
| 8 | | | |
| 9 | | | 860 00 |

EXHIBIT L
Blumberg No. 5208