**DEFENDANT'S EXHIBIT M**
**DECLARATION OF LAUREL WASIK**

**INVOICE**

Donny Blaylock
644-7456
101-12736

| DATE | 3-16-11 | | | | | |
|---|---|---|---|---|---|---|
| SOLD TO | Fentress Co Jail | | SHIPPED TO | | 54210-335 | |
| ADDRESS | | | ADDRESS | | | |
| CITY, STATE, ZIP | Jamestown TN | | CITY, STATE, ZIP | | | |
| CUSTOMER'S ORDER NO. | SALESPERSON | TERMS | F.O.B. | DATE SHIPPED | SHIPPED VIA | |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Unstop main drain to A + B Cell | | |
| 2 | | | |
| 3 | | | 150 00 |
| 4 | Thank you | | |
| 5 | | | |
| 6 | | Tony Choate KO | |
| 7 | | 3/17/11 | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | E. Rich | | 150 00 |

Classic 104