**DEFENDANT'S EXHIBIT N**
**DECLARATION OF LAUREL WASIK**

**INVOICE**

DATE:
NO. 1652145

SOLD TO: Fentress Co. Jail
ADDRESS:
CITY, STATE, ZIP: Jamestown TN

SHIPPED TO: Denny Blaylock
ADDRESS: 931-644-7456

| QUANTITY | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|
| | Final payment on HVAC revamp | | | 3100 00 |
| | Thank you | | | |
| | Denny Blaylock | | | |
| | Paid in full | | | |

RECEIVED BY: Laurel Wasik

TAX:
TOTAL: 3100 00